| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

DAN CRAIG SCOTT, §
 §
    Plaintiff, §
 §
*versus* § CIVIL ACTION NO. 1:03-CV-564
 §
CURTIS HINSON, *et al.*, §
 §
    Defendants. §

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Dan Craig Scott, an inmate confined at the Sanders Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, brought the above-styled action pursuant to 42 U.S.C. § 1983 against Curtis Hinson, David Doughty, Frankie L. Reescano, and Clarence Mosley.

The court heretofore referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends this action be dismissed without prejudice for want of prosecution.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendation.

SIGNED at Beaumont, Texas, this 5th day of June, 2006.

_Marcia A. Crone_
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE